|  |  |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| JUSTIN EDWARD LEWIS, | CASE NO. C20-5114RBL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICK HETZEL, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 15], recommending that this Court dismiss Plaintiff Lewis's Complaint as frivolous and for failure to state a claim, in response to the Magistrate Judge's Order to Show Cause or Amend [Dkt. # 11]. Lewis responded to the Order to Show Cause [Dkt. # 12] but did not address or cure the deficiencies. He has not Objected to the Report and Recommendation.

1. The Report and Recommendation is **ADOPTED;**

2. Lewis's claims are **DISMISSED** with prejudice;

3. Lewis's claims are frivolous and his *in forma pauperis* status is **REVOKED** in the event of an appeal. 28 U.S.C. §§ 1915(a)(3) and 1915A(b)(1);

1    4. The Clerk shall send copies of this Order to the Lewis and to Magistrate Judge Fricke.

2    IT IS SO ORDERED.

        Dated this 14th day of August, 2020.

                                    _____
                                    Ronald B. Leighton
                                    United States District Judge